THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LEWIS WOLFE, Appellant.

Argued April 14, 1952; decided May 22, 1952.

*Lewis Wolfe,* in person, *Harry G. Anderson, Franklin Miller* and *Rudolph Stand* for Lewis Wolfe, appellant.

*Miles F. McDonald, District Attorney* (*William E. Siegel* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FROESSEL, JJ. Taking no part: FULD, J.